Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CRAIG R. WILBURN, | ) | |
| | ) | Case No. 6:15-cv-01380-SI |
| Plaintiff, | ) | |
| | ) | ORDER APPROVING PLAINTIFF'S |
| vs. | ) | MOTION FOR ATTORNEY FEES |
| | ) | PURSUANT TO 42 U.S.C. §406(b) |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having

no objection, Order is hereby granted in the sum of $12,713.51 for attorney fees pursuant to 42

U.S.C. §406(b).  The Commissioner shall deduct from this amount an administrative assessment

under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this  10th  day of  November , 2016.


 /s/ Michael H. Simon
United States District Judge/Magistrate

PRESENTED BY:
Kathryn Tassinari
Of Attorneys for Plaintiff


ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER TO 42 U.S.C.§406(b) - 1